**EXHIBIT B**

## Pictorial Representations of Infringing Motorola Products

| Motorola S9 | |
| --- | --- |
| Motorola S9HD | |
| Motorola S10HD | |