IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| EFFINGO WIRELESS, INC. | § | |
| | § | |
| Plaintiff and | § | |
| Counter-Defendant | § | |
| | § | |
| v. | § | No. SA-11-CA-649 |
| | § | |
| MOTOROLA MOBILITY, LLC | § | |
| | § | |
| Defendant and | § | |
| Counter-Plaintiff | § | |
| | § | |

FILED
MAY 1 6 2013

## VERDICT ON SPECIAL INTERROGATORIES

We, the jury, unanimously answer the interrogatories submitted by the Court as follows:

### Interrogatory No. One

Do you find from a preponderance of the evidence that Defendant Motorola Mobility LLC infringed any of the following claims in Effingo's patent?

Please answer "Yes" or "No" as to each claim.

a.  Claim 12:  __NO__
b.  Claim 13:  __NO__
c.  Claim 14:  __NO__

### Interrogatory No. Two

Do you find by clear and convincing evidence that any claim or claims in the Effingo patent are invalid?

Please answer "Yes" or "No" as to each claim.

a.  Claim 12:  __Yes__
b.  Claim 13:  __Yes__

    c.    Claim 14: **Yes**

If you have answered Interrogatory No. One "yes" with respect to any claim and Interrogatory No. Two "no" with respect to that claim, please answer Interrogatory No. Three.

### Interrogatory No. Three

What amount of money, if paid now in cash, would fairly and reasonably compensate Plaintiff Effingo for the infringement of its patent by Defendant Motorola Mobility, LLC?

Please answer in dollars and cents or "none."

    We answer:    $ **NONE**

__16 May '13__
Date

__[redacted]__
Foreperson